

UNITED STATES DISTRICT COURT

Northern District of California

PROVIDENT BANK OF MARYLAND

CASE NO. C 07 1833 EMC

Plaintiff(s),

v.

JACOB HAWLEY AND TINA DER TOROSSIAN

Defendant(s).

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Matthew J. Valcourt , an active member in good standing of the bar of Southern District of Florida whose business address and telephone number (particular court to which applicant is admitted) is
HOUCK ANDERSON P.A., 200 S. Biscayne Blvd., Ste. 200, Miami, FL 33131, telephone: (305) 372-9044; facsimile: (305) 372-5044

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Provident Bank of Maryland

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/19/07

United States District Judge

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE