JOHN D. GIFFIN, CASB NO. 89608
GARRETT R. WYNNE, CASB NO. 220665
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

MATTHEW J. VALCOURT, *pro hac vice*
HOUCK ANDERSON P.A.
200 Biscayne Boulevard, Suite 300
Miami, Florida 33131
Telephone:   (305) 372-9044
Facsimile:   (305) 372-5044

Attorneys for Plaintiff
PROVIDENT BANK OF MARYLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL DIVISION – IN ADMIRALTY

| | |
|---|---|
| PROVIDENT BANK OF MARYLAND, <br><br> Plaintiff, <br><br> vs. <br><br> JACOB HAWLEY and TINA DER TOROSSIAN, *in personam*, <br><br> Defendants. | Case No. C 07 1833 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES** |

## I. INTRODUCTION

On April 2, 2007, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines ("Initial Scheduling Order"). The Initial Scheduling Order sets forth the following dates:

   1.   Last day to file Rule 26(f)         7/18/07
        Reports, complete initial
        disclosures and file Case
        Management Statement

|   |   |   |
|---|---|---|
| 2. | Initial Case Management Conference | 7/25/07 |

Because the parties are engaged in settlement discussions and other options to this litigation, they respectfully request that the Court extend the Rule 26(f) deadline and the date of the Case Management Conference so that they will not need to incur any additional significant attorney's fees while settlement is explored.

The parties have entered into the following stipulation, and respectfully request that the Court execute this Proposed Order based on that stipulation.

## II.   STIPULATION

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows:

1. **The deadline to file Rule 26(f) Reports and complete initial disclosures may be continued from 7/18/07 to 8/1/07;**
2. **The deadline to file Case Management Statement may be continued from 7/25/07 to 9/5/07; and**
3. **The Initial Case Management Conference may be continued from 7/25/07 to 9/12/07 at 1:30 p.m.**

IT IS SO STIPULATED.

DATED: July 18, 2007

/s/ Garrett R. Wynne
JOHN D. GIFFIN
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiff
PROVIDENT BANK

And

MATTHEW J. VALCOURT
HOUCK ANDERSON P.A.

DATED: July 18, 2007

/s/ Jeffrey L. Fillerup
_____
MICHAEL A. ISAACS
JEFFREY L. FILLERUP
DIANA L. DONADEBIAN
LUCE, FORWARD, HAMILTON &
SCRIPPS LLP

Attorneys For Defendant
TINA DER TOROSSIAN

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates certain of the previously-set pretrial dates and amends the Court's Initial Scheduling Order as follows:

1. **The deadline to file Rule 26(f) Reports and complete initial disclosures is continued from 7/18/07 to 8/1/07;**

2. **The deadline to file Case Management Statement is continued from 7/25/07 to 9/5/07; and**

3. **The Initial Case Management Conference is continued from 7/25/07 to 9/12/07 at 1:30 p.m.**

Dated: July 23, 2007

_____
EDWARD M. CHEN
UNITED STATES



IT IS SO ORDERED
Judge Edward M. Chen