JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
GARRETT R. WYNNE, CASB NO. 220665
garrett.wynne@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

MATTHEW J. VALCOURT, Pro Hac Vice
mvalcourt@fowler-white.com
Fla. Bar No. 0088791
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

Attorneys for Plaintiff
PROVIDENT BANK OF MARYLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL DIVISION – IN ADMIRALTY

| | |
|---|---|
| PROVIDENT BANK OF MARYLAND,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB HAWLEY and TINA DER TOROSSIAN, *in personam*,<br><br>Defendants. | Case No. C 07 1833 EMC<br><br>STIPULATION FOR SUBSTITUTION OF COUNSEL ; ORDER |

COMES NOW the Plaintiff, PROVIDENT BANK, by and through undersigned counsel, and files this stipulation for substitution of counsel.

IT IS HEREBY STIPULATED by and between the law firm of Houck Anderson P.A., and the law firm of Fowler White Burnett, P.A., that Fowler White Burnett P.A. and Matthew J.

Valcourt, Esq. be substituted as attorneys of record for Provident Bank in place of Houck Anderson P.A, on February 2, 2008. As of that date, all pleadings, correspondence and other communications should be directed to Matthew J. Valcourt and the law firm of Fowler White Burnett, P.A., 1395 Brickell Avenue, 14th Floor, Miami, FL 33131, email mvalcourt@fowler-white.com, Telephone (305) 789-9200, Facsimile (305) 789-9201, Miami, Florida 33134 as attorneys of record for Provident Bank. in the above-styled cause.

DATED: February 4, 2008

s/ David Famulari
David Famulari, Esq.
Florida Bar No.: 860506
HOUCK ANDERSON, P.A.
Attorney for Provident Bank
200 South Biscayne Boulevard, Suite 300
Miami, Florida 33131
Telephone: (305) 372-9044
Telefax: (305) 372-5044
Email: *dfamulari@houckanderson.com*

s/Matthew J. Valcourt
MATTHEW J. VALCOURT, Pro Hac Vice
Fla. Bar No. 0088791
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
Email: *mvalcourt@fowler-white.com*

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)