```
 1  JOHN D. GIFFIN, CASB NO. 89608
    john.giffin@kyl.com
 2  GARRETT R. WYNNE, CASB NO. 220665
    garrett.wynne@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 5  Telephone:    (415) 398-6000
    Facsimile:    (415) 981-0136
 6
    MATTHEW J. VALCOURT, Pro Hac Vice
 7  mvalcourt@fowler-white.com
    Fla. Bar No. 0088791
 8  FOWLER WHITE BURNETT P.A.
    Espirito Santo Plaza, 14th Floor
 9  1395 Brickell Avenue
    Miami, Florida 33131-3302
10  Telephone: (305) 789-9200
    Facsimile: (305) 789-9201
11
    Attorneys for Plaintiff
12  PROVIDENT BANK OF MARYLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENT BANK OF MARYLAND, | Case No. C 07 1833 EMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL** ; ORDER |
| vs. | |
| JACOB HAWLEY and TINA DER TOROSSIAN, *in personam*, | |
| Defendants. | |

        IT IS HEREBY STIPULATED by and between Plaintiff Provident Bank of Maryland ("Provident") and Defendant Tina Der Torossian ("Der Torossian"), through their respective counsel of record as follows:

        1.     This action is hereby dismissed; and

        2.     Provident shall pursue whatever remedies and claims it may have in the bankruptcy court.

STIPULATION FOR DISMISSAL – CASE NO. C 07 1833 EMC    KYL_SF463921

1
2  IT IS SO STIPULATED.
3
4  DATED: July 8, 2008

JOHN D. GIFFIN
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
ATTORNEYS FOR PLAINTIFF
PROVIDENT BANK OF MARYLAND

8  DATED: July 8, 2008

DIANA DONABEDIAN
LUCE, FORWARD, HAILTON & SCRIPPS LLP
ATTORNEYS FOR DEFENDANT
TINA DER TOROSIAN

IT IS SO ORDERED:

By_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA